933 So.2d 1184 (2006)
Lee A. SILER, Appellant,
v.
Don ZABAWA, Appellee.
No. 5D05-1417.
District Court of Appeal of Florida, Fifth District.
June 6, 2006.
Rehearing Denied July 13, 2006.
William T. Kirtley of William T. Kirtley, P.A., Sarasota, for Appellant.
Don Zabawa, Boynton Beach, in proper person.
Giovanni P. Prezioso, Jacob H. Stillman, and Mark Pennington, Securities and Exchange Commission, Amicus Curiae.
PER CURIAM.
AFFIRMED. See Penna v. Zabawa, 931 So.2d 155 (Fla. 5th DCA 2006).
PLEUS, C.J., SHARP, W., and TORPY, JJ., concur.